FILED
2022 Jan-20  PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JULIE PEARCE**

County: **01**   Case Number: **CV-2021-903741.00**   Court Action:

Style: **VINCENT LONG V. WALMART ET AL**

`alacourt.com`

Real Time

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 01-JEFFERSON - BIRMINGHAM | Case Number: | CV-2021-903741.00 | Judge: | RSV:ROBERT S. VANCE |
| Style: | VINCENT LONG V. WALMART ET AL | | | | |
| Filed: | 12/21/2021 | Case Status: | ACTIVE | Case Type: | NEGLIGENCE-GENERAL |
| Trial Type: | JURY | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 3 | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

#### Comments

Comment 1:

Comment 2:

#### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date of Appeal: | | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | 12/21/2021 | Updated By: | AJA |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - LONG VINCENT

##### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | LONG VINCENT | Type: | I-INDIVIDUAL |
| Index: | D WALMART | Alt Name: | | Hardship: No | JID: RSV |
| Address 1: | 1624 BROOKFIELD LANE | | Phone: | (205) 538-0169 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35214-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | **10/28/1962** | Sex: | **M** | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type | Service On: | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | AUS023 | | AUSTIN JOHNATHAN FITZGERA | AUSTIN@JAUSTINLAWPC.COM | (205) 538-0169 |
| Attorney 2 | RIC086 | | RICE RICHARD ALLAN | RRICE@RICE-LAWFIRM.COM | (205) 618-8733 |

## Party 2 - Defendant BUSINESS - WALMART

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **WALMART** | | | Type: | **B-BUSINESS** |
| Index: | **C LONG VINCENT** | Alt Name: | | Hardship: | **No** | JID: | **RSV** |
| Address 1: | **916 CENTER POINT PKWY** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35215-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | **12/23/2021** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | **01/10/2022** | Return Type: | **O-OTHER** | Return: | Return Type: |
| Served: | **12/21/2021** | Service Type | **V-PROCESS SERVER** | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |



## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 3 - Defendant BUSINESS - WALMART INC.

#### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | WALMART INC. | | | Type: | B-BUSINESS |
| Index: | C LONG VINCENT | Alt Name: | | Hardship: | No | JID: | RSV |
| Address 1: | CT CORPORATION SYSTEM | | | Phone: | (205) 000-0000 | | |
| Address 2: | 2 N JACKSON ST, ST. 605 | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

#### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 12/23/2021 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 12/30/2021 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

#### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 4 - Defendant BUSINESS - WALMART CLAIMS SERVICES, INC.

#### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | WALMART CLAIMS SERVICES, INC. | | | Type: | B-BUSINESS |
| Index: | C LONG VINCENT | Alt Name: | | Hardship: | No | JID: | RSV |
| Address 1: | CT CORPORATION SYSTEM | | | Phone: | (205) 000-0000 | | |
| Address 2: | 2 N JACKSON ST., ST. 605 | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: **$0.00** | | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | | Other Cost:   **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued:   **12/23/2021** | Issued Type:   **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served:   **12/30/2021** | Service Type   **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $23.19 | $23.19 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $18.97 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $306.00 | $306.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $474.19 | $493.16 | -$18.97 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2021 | CREDIT | CONV | 2022058 | 2094440 | $18.97 | C001 | 000 | | N | | | DOG |
| 12/22/2021 | RECEIPT | AOCC | 2022058 | 2094430 | $23.19 | C001 | 000 | | N | | | DOG |
| 12/22/2021 | RECEIPT | CV05 | 2022058 | 2094450 | $306.00 | C001 | 000 | | N | | | DOG |
| 12/22/2021 | RECEIPT | JDMD | 2022058 | 2094460 | $100.00 | C001 | 000 | | N | | | DOG |
| 12/22/2021 | RECEIPT | VADM | 2022058 | 2094470 | $45.00 | C001 | 000 | | N | | | DOG |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/21/2021 | 7:11 PM | ECOMP | COMPLAINT E-FILED. | AUS023 |
| 12/21/2021 | 7:12 PM | FILE | FILED THIS DATE: 12/21/2021          (AV01) | AJA |
| 12/21/2021 | 7:12 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 12/21/2021 | 7:12 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 12/21/2021 | 7:12 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | AJA |
| 12/21/2021 | 7:12 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 12/21/2021 | 7:12 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 12/21/2021 | 7:12 PM | ASSJ | ASSIGNED TO JUDGE: ROBERT S. VANCE     (AV01) | AJA |

| 12/21/2021 | 7:12 PM | C001 | C001 PARTY ADDED: LONG VINCENT          (AV02) | AJA |
|---|---|---|---|---|
| 12/21/2021 | 7:12 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | C001 | LISTED AS ATTORNEY FOR C001: AUSTIN JOHNATHAN FIT | AJA |
| 12/21/2021 | 7:12 PM | C001 | LISTED AS ATTORNEY FOR C001: RICE RICHARD ALLAN | AJA |
| 12/21/2021 | 7:12 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D001 | D001 PARTY ADDED: WALMART          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D001 | CERTIFIED MAI ISSUED: 12/21/2021 TO D001          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D002 | D002 PARTY ADDED: WALMART INC.          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D002 | CERTIFIED MAI ISSUED: 12/21/2021 TO D002          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D003 | D003 PARTY ADDED: WALMART CLAIMS SERVICES, INC. | AJA |
| 12/21/2021 | 7:12 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D003 | D003 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 12/21/2021 | 7:12 PM | D003 | CERTIFIED MAI ISSUED: 12/21/2021 TO D003          (AV02) | AJA |
| 12/23/2021 | 9:28 AM | D001 | CERTIFIED MAI ISSUED: 12/23/2021 TO D001          (AV02) | SHB |
| 12/23/2021 | 9:28 AM | D002 | CERTIFIED MAI ISSUED: 12/23/2021 TO D002          (AV02) | SHB |
| 12/23/2021 | 9:28 AM | D003 | CERTIFIED MAI ISSUED: 12/23/2021 TO D003          (AV02) | SHB |
| 12/23/2021 | 9:34 AM | ESCAN | SCAN - FILED 12/23/2021 - NOTICE | SHB |
| 12/23/2021 | 9:42 AM | ESCAN | SCAN - FILED 12/23/2021 - NOTICE | SHB |
| 12/23/2021 | 2:36 PM | D001 | SERVICE OF PROCESS SERVE ON 12/21/2021 FOR D001 | SHB |
| 1/4/2022 | 4:16 PM | D003 | SERVICE OF CERTIFIED MAI ON 12/30/2021 FOR D003 | KAD |
| 1/4/2022 | 4:16 PM | ESERC | SERVICE RETURN | KAD |
| 1/4/2022 | 4:18 PM | D002 | SERVICE OF CERTIFIED MAI ON 12/30/2021 FOR D002 | KAD |
| 1/4/2022 | 4:18 PM | ESERC | SERVICE RETURN | KAD |
| 1/12/2022 | 10:20 AM | D001 | RETURN OF OTHER ON 01/10/2022 FOR D001          (AV02) | KAD |
| 1/12/2022 | 10:21 AM | ESERC | SERVICE RETURN | KAD |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 12/21/2021 7:11:42 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 12/21/2021 7:11:42 PM | 2 | COMPLAINT | | 10 |
| 12/21/2021 7:12:40 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 12/21/2021 7:12:40 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 3 |
| 12/23/2021 9:34:08 AM | 5 | NOTICE | TO CLERK S/C | 4 |
| 12/23/2021 9:42:57 AM | 6 | NOTICE | TO CLERK SUBPOENA W6 | 2 |
| 1/4/2022 4:16:42 PM | 7 | SERVICE RETURN | SERVICE RETURN | 2 |
| 1/4/2022 4:20:57 PM | 10 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 1/4/2022 4:18:31 PM | 8 | SERVICE RETURN | SERVICE RETURN | 2 |
| 1/4/2022 4:18:38 PM | 9 | SERVICE RETURN - TRANSMITTAL | SERVICE RETURN | 2 |
| 1/12/2022 10:21:03 AM | 11 | SERVICE RETURN | SERVICE RETURN | 2 |
| 1/12/2022 10:23:15 AM | 12 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |

🛑 **END OF THE REPORT**

ELECTRONICALLY FILED
12/21/2021 7:11 PM
01-CV-2021-903741.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>01<br>Date of Filing:<br>12/21/2021 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### VINCENT LONG v. WALMART ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

---

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**

AUS023

12/21/2021 7:11:42 PM
Date

/s/ Austin F. Austin
Signature of Attorney/Party filing this form

---

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

ELECTRONICALLY FILED
12/21/2021 7:11 PM
01-CV-2021-903741.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| **VINCENT LONG ,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **CASE NO. 2021-CV-** |
| **v.** | ) | |
| | ) | |
| **WALMART CLAIMS SERVICES INC.,** | ) | **JURY DEMAND** |
| **WALMART INC.,** | ) | |
| **WALMART NEIGHBORHOOD STORES** | ) | |
| **a Corporation; Its Agents, Servants, Employees** | ) | |
| **No. 1, whether singular or plural,** | ) | |
| **that entity or those entities who or which** | ) | |
| **afforded any insurance coverage to either the** | ) | |
| **person(s) and/or entities involved in the** | ) | |
| **occurrence made the basis of this lawsuit;** | ) | |
| **No. 2, whether singular or plural, that entity** | ) | |
| **or those entities who or which had supervisory** | ) | |
| **authority relating to the selection, training and** | ) | |
| **hiring of the persons involved in the occurrence** | ) | |
| **made the basis of this lawsuit. Plaintiff avers** | ) | |
| **that the identities of the fictitious party** | ) | |
| **defendants are otherwise unknown to the** | ) | |
| **plaintiff at this time or if their names are known** | ) | |
| **to the plaintiff at this time, their identities as** | ) | |
| **proper party defendants are not known to** | ) | |
| **plaintiff at this time but their true names will be** | ) | |
| **substituted by amendment when ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### COMPLAINT

---

**COMES NOW**, Vincent Long, by and through the attorneys of record, Johnathan F.

Austin, Esq., and Richard A. Rice, Esq., and respectfully avers unto this Honorable Court as

follows:

## I. PARTIES

1. Plaintiff Vincent Long is a resident of Jefferson County, Alabama.

2. Walmart Inc. is the corporate owner and management umbrella for the local retail store situated in Jefferson County and located at 916 Center Point Pkwy, Birmingham, AL 35215.

3. Walmart Claims Services, Inc. is based in Arkansas, with registered agent of CT Corp. System located at 2 N. Jackson St. Suite 605, Montgomery, AL 36104.

4. Walmart Neighborhood Market is a local retail store situated in Jefferson County and located at 916 Center Point Pkwy, Birmingham, AL 35215.

5. The Defendants, Fictitious Parties, A, B, C, D, E, F, G, & H, the person, firms, partnerships, corporations, government entities or other entities, whether singular or plural, which caused or contributed to any of the injuries made a part of this complaint.

## II. JURISDICTION AND VENUE

6. Defendants have operated a business and located in Jefferson County, Alabama and are otherwise engaged in substantial and regular business operations in Jefferson County, Alabama. Defendants otherwise have sufficient contacts with this State and County.

7. The Plaintiff, at all times relevant, interacted with the Defendants from a location within Jefferson County, Alabama and the events and actions complained of herein occurred in Jefferson County, Alabama.

8. Plaintiff also sues under state common law for false arrest, false imprisonment, abuse of process, & tort of outrage.

9. The amount in controversy exceeds $50,000.00.

### III. STATEMENT OF FACTS

10. Mr. Long is a Youth Deacon at Bethel Baptist Church and owns a car repair shop.

11. Mr. Long is very religious, and prides himself on helping youth with financial planning.

12. Mr. Long has served as a youth minister for over twenty years and has no criminal record, save those offenses listed herein.

13. On or about December 21, 2019, Mr. Long visited the Walmart location at 1916 Center Point Pkwy, Birmingham, AL 35215, to make a purchase.

14. That, on or about December 21, 2019, at the Walmart on 1916 Center Point Pkwy, Birmingham, AL 35215, the Plaintiff, Vincent Long, was humiliated, injured, his personal property damaged, and his rights were violated by Walmart and its employees while attempting to make a purchase at the Walmart Department Store.

15. Plaintiff Long complied and while in the process of leaving Walmart's parking lot, Vincent Long was accosted, injured and arrested by law enforcement without probable cause, who used excessive force, while the Plaintiff offered no resistance.

16. That there was no sufficient legal basis to support the arrest of Vincent Long and charge him with Obstructing Governmental Operations and Resisting Arrest.

17. That as a consequence of said negligence and/or wantonness acts of Walmart Department Stores agents, servants, and/or employees, Vincent Long was physically injured by said actions, his personal property damaged, and further, he was wrongfully charged and incarcerated with the offenses of Obstructing Governmental Operations and Resisting Arrest - See DC-2019-013573 and DC-2019-013574 and a warrant was signed by Walmart Department Stores agents, servants, and or employees.

18. While Mr. Long  was in line to check out; he was accused of Obstructing Governmental Operations and Resisting Arrest, and thus was prevented from completing his purchase transaction.

19. During this entire torrid experience by said Plaintiff, his elderly, disabled neighbor watched on in horror as he witnessed his friend being arrested

20. During the criminal prosecution against Mr. Long, he was required to make no less than three (3) trips to Jefferson County Courthouse to appear for the proceedings arising from the charges of Obstructing Governmental Operations and Resisting Arrest - See DC-2019-013573 and DC-2019-013574.

21. Mr. Long was arrested and charged with Obstructing Governmental Operations and Resisting Arrest - *See* DC-2019-013573 and DC-2019-013574.

22. The charges of Obstructing Governmental Operations and Resisting Arrest were ultimately dismissed.

23. Plaintiff sues under state common law for false imprisonment, abuse of process, defamation, negligence, and harassment.

24. That Vincent Long sustained injuries to his person, personality, and reputation as a result of the incidents described herein.

## IV. CAUSES OF ACTION

## COUNT ONE: DEFAMATION

25. All paragraphs of this complaint are incorporated herein as if fully restated.

26. Defendants, intentionally and with malice, did make false statements to third parties and did otherwise publish false statements with regard to the Plaintiff.

27. Alternatively, Defendants, negligently or with reckless disregard for the truth of the matter asserted, did make false statements to third parties and did otherwise publish false statements with regard to the Plaintiff.

28. Plaintiff did, at least five (5) days prior to the commencement of this action, make a demand upon the Defendant for a public retraction of the charge or matter(s) published.

29. Upon receipt of the demand for a public retraction from Plaintiff, Defendants have failed to  publish, in as prominent and public a place or manner as the charge or matter published occupied, to make a full and fair retraction of such charge or matter.

30. Plaintiff claims all damages allowable under law, including without limitation punitive damages, as a result of Defendant's wrongful conduct and defamatory actions.

31. As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## COUNT TWO: HARASSMENT

32. All paragraphs of this complaint are incorporated herein as if fully restated.

33. Upon Plaintiff simply offering financial investment information and other financial ministry to several Walmart employees, he was falsely accused of trespassing, inappropriate sexual conduct, resisting arrest and obstructing governmental operations.

34. Plaintiff was summarily removed from the store and arrested without probable cause.

35. In retaliation of Plaintiff's ministry and well-intended assistance, Defendants, intentionally and with malice, on numerous instances, made false comments about Plaintiff's propriety as a minister and his intentions as a member of his community. There was no reasonable factual basis to support such an allegation and the same is categorically false.

36. Defendants, on numerous instances as detailed herein, did direct abusive or obscene allegations about Plaintiffs character.

37. There was no purpose of legitimate communication for each of the Defendant's communicative acts described above and herein.

38. All of the Defendants actions and communications as described above were for purposes of harassing Plaintiff or creating alarm as to whether Plaintiff's employment as a minister would be terminated or otherwise jeopardized.

39. Plaintiff submitted several unequivocal requests to Defendants to stop or otherwise cease and desist all false communications and to otherwise rescind all false statements made by the Defendants against Plaintiff but to no avail.

40. Plaintiff claims all damages allowable under law, including without limitation punitive damages, as a result of Defendants' wrongful conduct and harassing actions.

41. As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds

reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## COUNT THREE: NEGLIGENCE

42. All paragraphs of this complaint are incorporated herein as if fully restated.

43. Defendants negligently or wantonly executed, managed the retail store as described herein.

44. Defendants negligently or wantonly made misrepresentations regarding the nature of the Plaintiff's communication with Defendants' staff employees and agents.

45. Defendants negligently or wantonly made misrepresentations regarding Plaintiff's legal ability to enter and remain within the Walmart department store in question that were material to the terms of the relationship between the parties.

46. As a direct result of the said negligence or wantonness, Plaintiff was injured and damaged as alleged above.

47. Defendants are liable for all natural, proximate, and consequential damages due to their negligence.

48. Plaintiff claims all damages allowable under law.

49. As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.


**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## COUNT FOUR: FALSE IMPRISONMENT

50. All paragraphs of this complaint are incorporated herein as if fully restated.

51. Defendants unlawfully held the Plaintiff against his will and deprived him of his liberty rights protected by the Alabama Constitution when they detained him.

52. As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## V. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff having set forth his claims for relief against the Defendants, respectfully pray of the Court as follows:

1. That Plaintiff recovers against the Defendants a sum to be determined in the form of actual damages;

2. That Plaintiff recovers against the Defendants a sum to be determined in the form of punitive damages;

3. That Plaintiff recovers against the Defendants a sum to be determined in the form of statutory damages;

4. That Plaintiff has reasonable attorney's fees, costs, expenses;

5. That any agreement between the Parties be set aside or deemed void; and

6.   That Plaintiff be granted any relief the Court may deem just and proper.


Respectfully Submitted this the 21st day of December 2021,


*/s/ Johnathan F. Austin (AUS023)*
Johnathan F. Austin

Of Counsel:

Austin Law, P.C.
P.O. Box 321173
Birmingham, AL 35212
(205) 538-0169 office
(205) 215.2219 mobile
(205) 707-1168 facsimile

Richard A. Rice
The Rice Firm, LLC
P.O. Box 453
Birmingham, AL 35201
P: (205) 618-8733 ext 101
F: 888.391.7193
E: rrice@rice-lawfirm.com


## JURY DEMAND


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 21st day of December, 2021, that a true and correct copy has been sent to the parties of record, by U.S. Mail or via the electronic document filing system utilized by this Court.

**Defendants – Service by Certified Mail requested (Clerk's Office)**

Walmart Neighborhood Market
916 Center Point Pkwy,
Birmingham, AL 35215

Walmart Inc.
c/o C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104

Walmart Claims Services, Inc.
c/o C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104

*/s/ Johnathan F. Austin*
Of Counsel



AlaFile E-Notice

01-CV-2021-903741.00

To:   Austin F. Austin
      austin@jaustinlawpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following complaint was FILED on 12/21/2021 7:11:43 PM

Notice Date:      12/21/2021 7:11:43 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-903741.00

To:   WALMART
      916 CENTER POINT PKWY
      BIRMINGHAM, AL, 35215

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following complaint was FILED on 12/21/2021 7:11:43 PM

Notice Date:      12/21/2021 7:11:43 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-903741.00

To:  WALMART INC.
     CT CORPORATION SYSTEM
     2 N JACKSON ST, ST. 605
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following complaint was FILED on 12/21/2021 7:11:43 PM

Notice Date:     12/21/2021 7:11:43 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-903741.00

To:  WALMART CLAIMS SERVICES, INC.
CT CORPORATION SYSTEM
2 N JACKSON ST., ST. 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following complaint was FILED on 12/21/2021 7:11:43 PM

Notice Date:      12/21/2021 7:11:43 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2021-903741.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### VINCENT LONG V. WALMART ET AL

**NOTICE TO:** WALMART, 916 CENTER POINT PKWY, BIRMINGHAM, AL 35215
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Austin F. Austin
_____ ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. Box 321173, Birmingham, AL 35212 _____ .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of <u>VINCENT LONG</u>
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 12/21/2021 | /s/ JACQUELINE ANDERSON  SMITH | By: _____ |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ Austin F. Austin
_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*             *(Name of County)*

Alabama on _____ .
*(Date)*

_____             _____             _____
*(Address of Server)*

_____             _____
*(Type of Process Server)*             *(Server's Signature)*             _____

_____             _____
*(Server's Printed Name)*             *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2021-903741.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### VINCENT LONG V. WALMART ET AL

**NOTICE TO:** WALMART INC., CT CORPORATION SYSTEM 2 N JACKSON ST, ST. 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Austin F. Austin
,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P.O. Box 321173, Birmingham, AL 35212 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of  VINCENT LONG
*(Name(s))*
pursuant to the Alabama Rules of the Civil Procedure.

| 12/21/2021 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ Austin F. Austin

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____   _____   _____

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____

*(Server's Printed Name)*   *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2021-903741.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### VINCENT LONG V. WALMART ET AL

**NOTICE TO:** WALMART CLAIMS SERVICES, INC., CT CORPORATION SYSTEM 2 N JACKSON ST., ST. 605, MONTGOMERY, AL 36104

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Austin F. Austin

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: P.O. Box 321173, Birmingham, AL 35212

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of  VINCENT LONG
<em>[Name(s)]</em>
pursuant to the Alabama Rules of the Civil Procedure.

| 12/21/2021 | /s/ JACQUELINE ANDERSON  SMITH | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ Austin F. Austin

<em>(Plaintiff's/Attorney's Signature)</em>

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<em>(Name of Person Served)</em>                                    <em>(Name of County)</em>

Alabama on _____.
<em>(Date)</em>

_____        _____        _____
*(Type of Process Server)*            *(Server's Signature)*                *(Address of Server)*

_____        _____
                                          *(Server's Printed Name)*            *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
VINCENT LONG V. WALMART ET AL

01-CV-2021-903741.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $23.19

Parties to be served by Certified Mail - Return Receipt Requested

WALMART                                             Postage: $7.73
916 CENTER POINT PKWY
BIRMINGHAM, AL 35215

WALMART INC.                                        Postage: $7.73
CT CORPORATION SYSTEM
2 N JACKSON ST, ST. 605
MONTGOMERY, AL 36104

WALMART CLAIMS SERVICES, INC.                       Postage: $7.73
CT CORPORATION SYSTEM
2 N JACKSON ST., ST. 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART
916 CENTER POINT PKWY
BIRMINGHAM, AL 35215

9590 9402 6456 0346 6916 22

2. Article Number (Transfer from service label)

7021 2720 0003 4532 2891

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

S/C
CV. 21·903741

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

7021 2720 0003 4532 2891

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART INC.
CT CORPORATION SYSTEM
2 N JACKSON ST, ST. 605
MONTGOMERY, AL 36104

9590 9402 6456 0346 6917 14

2. Article Number (Transfer from service label)

7021 2720 0003 4532 2907

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

S/C   D2

CV. 21. 903741

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART CLAIMS SERVICES, INC.
CT CORPORATION SYSTEM
2 N JACKSON ST., ST. 605
MONTGOMERY, AL 36104

9590 9402 6456 0346 6916 91

2. Article Number *(Transfer from service label)*

7021 2720 0003 4532 2914

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

S/C  D3
CV· 21·90374

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROCHELLE JEANINE ROBERTSON V. CURTICE HALL ET AL

01-CV-2021-902434.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.73

Parties to be served by Certified Mail - Return Receipt Requested

ALAMED INJURY CLINIC                                    Postage: $7.73
7070 AARON ARONOV DR.
STE. M
FAIRFIELD,, AL 35064

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALAMED INJURY CLINIC
7070 AARON ARONOV DR.
STE. M
FAIRFIELD,, AL 35064

9590 9402 6456 0346 6864 13

2. Article Number (Transfer from service label)

7021 2720 0003 4532 2921

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

W/C

CV· 21·902434

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



7021 2720 0003 4532 2921

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART CLAIMS SERVICES, INC.

CT CORPORATION SYSTEM
2 N JACKSON ST., ST. 605

MONTGOMERY, AL 36104

9590 9402 6456 0346 6916 91

2. Article Number *(Transfer from service label)*

7021 2720 0003 4532 2914

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

DEC 3 0 2021

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

S/C   D3

CV· 21·90374

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6456 0346 6916 91

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

JAN 03 2020



AlaFile E-Notice

01-CV-2021-903741.00

Judge: ROBERT S. VANCE

To:  AUSTIN JOHNATHAN FITZGERA
austin@jaustinlawpc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following matter was served on 12/30/2021

**D003 WALMART CLAIMS SERVICES, INC.**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-903741.00

Judge: ROBERT S. VANCE

To:  RICE RICHARD ALLAN
rrice@rice-lawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following matter was served on 12/30/2021

**D003 WALMART CLAIMS SERVICES, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART INC.

CT CORPORATION SYSTEM

2 N JACKSON ST, ST. 605

MONTGOMERY, AL 36104

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6456 0346 6917 14

2. Article Number *(Transfer from service label)*

7021 2720 0003 4532 2907

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jennifer A_ ☒ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

DEC 3 0 2021

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:      ☐ No



S/C D2

CV 21·903741

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6456 0346 6917 14

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JAN 03 2022

JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2021-903741.00

Judge: ROBERT S. VANCE

To:  AUSTIN JOHNATHAN FITZGERA
austin@jaustinlawpc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following matter was served on 12/30/2021

**D002 WALMART INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-903741.00

Judge: ROBERT S. VANCE

To:  RICE RICHARD ALLAN
     rrice@rice-lawfirm.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following matter was served on 12/30/2021

**D002 WALMART INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALMART

916 CENTER POINT PKWY

BIRMINGHAM, AL 35215

9590 9402 6456 0346 6916 22

2. Article Number *(Transfer from service label)*

7021 2720 0003 4532 2891

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

S/C

CV· 21·903741

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt



## USPS TRACKING #

BIRMINGHAM AL 350

8 JAN 2022 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6456 0346 6916 22

United States
Postal Service



* Sender: Please print your name, address, and ZIP+4® in this box*

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JAN 10 2022
JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2021-903741.00

Judge: ROBERT S. VANCE

To:   AUSTIN JOHNATHAN FITZGERA
      austin@jaustinlawpc.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following matter was not served on 1/10/2022

**D001 WALMART**
**Corresponding To**
OTHER
NO SIGNATURE

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-903741.00

Judge: ROBERT S. VANCE

To:  RICE RICHARD ALLAN
     rrice@rice-lawfirm.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

VINCENT LONG V. WALMART ET AL
01-CV-2021-903741.00

The following matter was not served on 1/10/2022

**D001 WALMART**

**Corresponding To**

OTHER

NO SIGNATURE

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov